UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. GADDY,<br><br>  Plaintiff,<br><br>  v.<br><br>C. PFEIFFER, et al.,<br><br>  Defendants. | Case No. 1:22-cv-00412-JLT-EPG (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF Nos. 2, 8) |

Plaintiff Michael J. Gaddy ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 11, 2022, Plaintiff filed the complaint commencing this action along with an application to proceed *in forma pauperis*. (ECF Nos. 1, 2.) On April 14, 2022, the Court entered findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be denied. (ECF No. 8.) On May 5, 2022, Plaintiff paid the filing fee in full.

In light of Plaintiff's payment of the filing fee, the Court will vacate the April 14, 2022 findings and recommendations and will deny Plaintiff's application to proceed *in forma pauperis* as moot.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's April 14, 2022 findings and recommendations (ECF No. 8) are VACATED; and
2. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED as moot.

IT IS SO ORDERED.

Dated:  **May 9, 2022**                              /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE